UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Akeem Lafon Quinndon Eremy, | Case No. 17-cv-0083 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Ramsey County, | |
| Defendant. | |

This matter is before the Court on the April 21, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 18.) The R&R recommends granting the motion to dismiss filed by Defendant Ramsey County, (Dkt. 10), denying Plaintiff Akeem Lafon Quinndon Eremy's petition for a writ of habeas corpus, (Dkt. 1), and dismissing this case. Objections to the R&R have not been filed in the time period permitted. In the absence of timely objections, this Court reviews an R&R for clear error. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); *see also* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Having reviewed the R&R, the Court finds no clear error.

**ORDER**

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1.      The April 21, 2017 R&R, (Dkt. 18), is **ADOPTED**;

2. The motion to dismiss filed by Defendant Ramsey County, (Dkt. 10), is **GRANTED**; and

3. Plaintiff Akeem Lafon Quinndon Eremy's petition for a writ of habeas corpus, (Dkt. 1), is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 8, 2017                                    s/Wilhelmina M. Wright
                                                         Wilhelmina M. Wright
                                                         United States District Judge